IN THE MATTER OF:

Dionisio
Batista

DEBTOR IN POSSESSION

Case No. 17-12419

PETITION FILED: 4/5/17

MONTHLY REPORT NO. 1

MONTH ENDED 4/17

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _____

2. Receipts during Report Period:

   a. Salary and Commissions _____ 6000 tips _____

   b. Interest or Dividend Income _____ N/A _____

   c. Real Estate Rental _____ N/A _____

   d. Other (Describe-Schedule A) _____ N/A 4100 _____

      TOTAL RECEIPTS _____

3. Disbursements:

   a. Taxes – IRS _____ N/A _____

   b. Taxes-State, including any
      sales tax due _____ N/A _____

   c. Taxes- Real Estate _____ N/A _____

   d. Taxes- Other _____ N/A _____

   e. Utilities _____ 6000 _____

   f. Mortgage(s) or Rent(s) _____

   g. Insurance premiums (list type) _____

   h. Food _____ 55.00 _____

   i. Medical _____ N/A _____

   j. Car loan _____

   k. Automobile expenses _____ 1,006.00 _____

CASE NO. 17-12419                    MONTH ENDING  4|17

    l.  Clothing                                      35.00

    m.  Gifts – donations (Schedule B)        N/A

    n.  Tuitions (Schedule B)                    N/A

    o.  Other (Describe)                          N/A

TOTAL DISBURSEMENTS

4.  Balance at end of reporting period [ (1-2) – 3] _____

5.  Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
    obligations and amounts due at end of current period on Schedule C.

6.  Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s):  1010110598129
    NAME, LOCATION AND NUMBER(S) 3050 N. 5TH St Hwy Reading PA 19605
    BRANCH  FAIRGROUNDS   wells Fargo

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE:  N/A

    BRANCH:  N/A

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. 17-12419          MONTH ENDING    4/17

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          4/30/17
SIGNATURE OF DEBTOR(S)           DATE

IN THE MATTER OF:

Dionisio
Batista

DEBTOR IN POSSESSION

Case No. 17-12419

PETITION FILED: 4/5/17

MONTHLY REPORT NO. 2

MONTH ENDED 5/17

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand  (on filing date, or  thereafter, from prior reporting period)  _____

2. Receipts during Report Period:

    a. Salary and Commissions                          N/A

    b. Interest or Dividend Income                      N/A

    c. Real Estate Rental                               N/A

    d. Other  (Describe-Schedule A)                     N/A      760.00

        TOTAL RECEIPTS                                          _____

3. Disbursements:

    a. Taxes – IRS                                      N/A

    b. Taxes-State, including any
       sales tax due                                   N/A

    c. Taxes- Real Estate                               N/A

    d. Taxes- Other                                     N/A

    e. Utilities                                        60.00

    f. Mortgage(s) or Rent(s)

    g. Insurance premiums (list type)

    h. Food                                             40.00

    i. Medical                                          N/A

    j. Car loan

    k. Automobile expenses                              995.00

CASE NO. 17-12419          MONTH ENDING   5|17

    l.  Clothing          2500

    m.  Gifts – donations (Schedule B)   N/A

    n.  Tuitions (Schedule B)   N/A

    o.  Other (Describe)   N/A

TOTAL DISBURSEMENTS

4.  Balance at end of reporting period [ (1-2) – 3] _____

5.  Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
obligations and amounts due at end of current period on Schedule C.

6.  Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s):   1010 1105 98129

    NAME, LOCATION AND NUMBER(S)   Wells Fargo 3050 N. 5HT st Hwy Reading PA

    BRANCH   19605   FaIRGIouNds

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE:   N/A

    BRANCH:   N/A

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. 17-12419        MONTH ENDING  5|17

<u>SCHEDULE C</u>

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

SIGNATURE OF DEBTOR(S)                    5|31|17
                                          DATE

IN THE MATTER OF:

Dionisio
Batista

DEBTOR IN POSSESSION

Case No. _17-12419_

PETITION FILED: _4/5/17_

MONTHLY REPORT NO. _3_

MONTH ENDED _6/17_

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER     MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand  (on filing date, or  thereafter, from prior reporting period)  _____

2. Receipts during Report Period:

    a. Salary and Commissions _____ N/A _____

    b. Interest or Dividend Income _____ N/A _____

    c. Real Estate Rental _____ N/A _____

    d. Other  (Describe-Schedule A) _____ N/A  300.00 ____

        TOTAL RECEIPTS _____

3. Disbursements:

    a. Taxes – IRS _____ N/A _____

    b. Taxes-State, including any
       sales tax due _____ N/A _____

    c. Taxes- Real Estate _____ N/A _____

    d. Taxes- Other _____ N/A _____

    e. Utilities _____ 60.00 _____

    f. Mortgage(s) or Rent(s) _____

    g. Insurance premiums (list type) _____

    h. Food _____ 65.00 _____

    i. Medical _____ N/A _____

    j. Car loan _____

    k. Automobile expenses _____ 875.00 _____

CASE NO. _17-12419_          MONTH ENDING _6|17_

    l. Clothing          _00_

    m. Gifts – donations (Schedule B) _N/A_

    n. Tuitions (Schedule B) _N/A_

    o. Other (Describe) _N/A_

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3 ] _____

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
    obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s): _1010110598129_

    NAME, LOCATION AND NUMBER(S) _Wells FarGo 3050 N.5TH st Hwy Reading_

    BRANCH _PA 19605 FAIRGrounds_

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _N/A_

    BRANCH: _N/A_

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. 17-12419          MONTH ENDING    6/17

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          6/30/17
SIGNATURE OF DEBTOR(S)          DATE

IN THE MATTER OF:

Dionisio
Batista

DEBTOR IN POSSESSION

Case No. 17-12419

PETITION FILED: 4/5/17

MONTHLY REPORT NO. 4

MONTH ENDED 7/17

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER      MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand  (on filing date, or thereafter, from prior reporting period)  _____

2. Receipts during Report Period:

    a. Salary and Commissions     N/A

    b. Interest or Dividend Income     N/A

    c. Real Estate Rental     N/A

    d. Other  (Describe-Schedule A)     N/A  1,488.00

    TOTAL RECEIPTS        _____

3. Disbursements:

    a. Taxes – IRS     N/A

    b. Taxes-State, including any
        sales tax due     N/A

    c. Taxes- Real Estate     N/A

    d. Taxes- Other     N/A

    e. Utilities     60.00

    f. Mortgage(s) or Rent(s)     _____

    g. Insurance premiums (list type)     _____

    h. Food     60.00

    i. Medical     N/A

    j. Car loan     _____

    k. Automobile expenses     1,125.00

CASE NO. _17-12419_                    MONTH ENDING _7/17_

    l.  Clothing                    _65.00_

    m.  Gifts – donations (Schedule B)    _N/A_

    n.  Tuitions (Schedule B)        _N/A_

    o.  Other (Describe)            _N/A_

TOTAL DISBURSEMENTS

4.  Balance at end of reporting period [ (1-2) – 3 ] _____

5.  Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
obligations and amounts due at end of current period on Schedule C.

6.  Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s): _1010110598129_

    NAME, LOCATION AND NUMBER(S) _Wells Fargo 3050 N.5TH St Hwy_

    BRANCH _Reading PA 19605  FAIRGROUNDS_

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _N/A_

    BRANCH: _N/A_

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. 17-12419          MONTH ENDING _____

<u>SCHEDULE C</u>

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          7/31/17
SIGNATURE OF DEBTOR(S)                    DATE

IN THE MATTER OF:

Dionisio
Batista

DEBTOR IN POSSESSION

Case No. 17-12419

PETITION FILED: 4/5/17

MONTHLY REPORT NO. 5

MONTH ENDED 8/17

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand  (on filing date, or  thereafter, from prior reporting period)  _____

2. Receipts during Report Period:

   a. Salary and Commissions                    N/A

   b. Interest or Dividend Income               N/A

   c. Real Estate Rental                        N/A

   d. Other  (Describe-Schedule A)              N/A    680.00

        TOTAL RECEIPTS                          _____

3. Disbursements:

   a. Taxes – IRS                               N/A

   b. Taxes-State, including any
      sales tax due                             N/A

   c. Taxes- Real Estate                        N/A

   d. Taxes- Other                              N/A

   e. Utilities                                 6000

   f. Mortgage(s) or Rent(s)                    _____

   g. Insurance premiums (list type)            _____

   h. Food                                      4000

   i. Medical                                   N/A

   j. Car loan                                  _____

   k. Automobile expenses                       890.00

CASE NO. 17-12419          MONTH ENDING 8/17

    l. Clothing _____ 15.00 _____

    m. Gifts – donations (Schedule B) _____ N/A _____

    n. Tuitions (Schedule B) _____ N/A _____

    o. Other (Describe) _____ N/A _____

    TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3 ] _____

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
   obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s): 1010110598129

    NAME, LOCATION AND NUMBER(S) Wells Fargo 3050 N. 5th St Hwy

    BRANCH Reading PA 19605 Fairgrounds

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____ N/A _____

    BRANCH: _____ N/A _____

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. 17-12419                    MONTH ENDING _____

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                    8/31/7
SIGNATURE OF DEBTOR(S)                        DATE

IN THE MATTER OF:

Dionisio
Batista

DEBTOR IN POSSESSION

Case No. 17-12419

PETITION FILED: 4/5/17

MONTHLY REPORT NO. 6

MONTH ENDED 9/17

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand  (on filing date, or  thereafter, from prior reporting period) _____

2. Receipts during Report Period:

   a. Salary and Commissions          N/A

   b. Interest or Dividend Income      N/A

   c. Real Estate Rental              N/A

   d. Other  (Describe-Schedule A)    N/A   695.00

      TOTAL RECEIPTS                  _____

3. Disbursements:

   a. Taxes – IRS                     N/A

   b. Taxes-State, including any
      sales tax due                   N/A

   c. Taxes- Real Estate              N/A

   d. Taxes- Other                    N/A

   e. Utilities                       60.00

   f. Mortgage(s) or Rent(s)          _____

   g. Insurance premiums (list type)  _____

   h. Food                            45.00

   i. Medical                         N/A

   j. Car loan                        _____

   k. Automobile expenses             820.00

CASE NO. 17-12419 _____          MONTH ENDING _____

    l. Clothing _____ 18.00 _____

    m. Gifts – donations (Schedule B) _N/A_____

    n. Tuitions (Schedule B) _N/A_____

    o. Other (Describe) _N/A_____

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] _____

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
    obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s): 1010110598129

    NAME, LOCATION AND NUMBER(S) Wells Fargo 3050 N. 5th st Hwy

    BRANCH Reading PA 19605  Fairgrounds

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _N/A_____

    BRANCH: _N/A_____

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. 17-12419          MONTH ENDING _____

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          9/30/17
SIGNATURE OF DEBTOR(S)          DATE