United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Dionisio Batista

Case No.: 17-12419

CERTIFICATION OF BUSINESS DEBTOR

I, Dionisio Batista, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I have __0__ employees and have filed quarterly tax returns through the quarter ended __N/A__.

2. I have __0__ independent contractors that have performed services and have filed 1099's through the calendar year of 20__17__.

3. I have filed the necessary 940 (FUTA) tax returns through the year 20_____. __N/A__

4. The principal business activity in which I am engaged is __taxi driving__.

5. The gross receipts from the business for the prior year were _____ and the net income after expenses was _____.

6. I have filed tax returns through the year ending December 31, 20__16__ with the Internal Revenue Service. Copies of Federal and State returns along with all supporting schedules for the last two years are attached.

7. I have filed the necessary state tax returns including sales tax returns with the Commonwealth of Pennsylvania through the year ended December 31, 20__16__, and have remitted all taxes due. __N/A__

8. I have remitted in full all payments due to any Federal and State or local taxing authorities.

9. I have attached copies of the insurance policies as proof of coverage.

10. I have prepared the attached financial statement in dictating the results of my first month's business operation following the filing of this case.

11. Copies of financial statements furnished to a third party within two (2) years preceding the filing of the petition, if any, including but not limited to the Balance Sheet, Income Statement, and Cash Flow Statement are attached. __N/A__

12. Current books and records of the business, including checks and check registers are available and shall be produced at the Standing Chapter 13 Trustee's request.

13. Monthly profit and loss statements of the last year preceding the filing are attached.

14. Current schedule of accounts receivable and accounts payable are attached.

15. The EIN No. for my business is  80-0896455  .

16. I started my business on  1\2017  (date).

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date:                                   _Duonicio Babato_  10-2-17
                                                                         Debtor

Date:                                   _____
                                                                         Debtor