IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Dionisio A. Batista                              : Chapter 13
                              Debtor                      : Case No.  17-12419

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

Dionisio Batista has filed an Objection to the Proof of Claim you filed in this bankruptcy case.

Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the Objection, scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, in Courtroom No. 1, 400 Washington Street, The Madison Building, third floor, Reading, Pennsylvania  19601 on November 9, 2017, at 9:30 a.m. If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the Objection to your claim.

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
       Attorney I.D. #41268
       845 N. Park Road, Ste. 101
       Wyomissing, PA  19610
       (610) 372-9900
       (610) 372-5469 -f ax
       Attorney for Debtor