## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dionisio A. Batista | |
|           Debtor | |
| | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns | |
|           Movant | |
|     vs. | |
| | NO. 17-12419 REF |
| Dionisio A. Batista | |
|           Debtor | |
| | |
| Frederick L. Reigle Esq. | |
|           Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

   Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about July 26, 2017 entered under Document No.14.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmcdonal@kmllawgroup.com, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

December 14, 2017