UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
DIONISIO A. BATISTA,         :    Case No. 17-12419 REF
     *Debtor*         :    Chapter 13
:

### ORDER TO SHOW CAUSE WHY OBJECTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Objection to Claim Number 3 (Toyota Motor Credit Corporation) filed by the Debtor on October 3, 2017, (the "Objection"),

IT IS HEREBY ORDERED that movant shall show cause why the Objection should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

**on:**    Thursday, February 8, 2018

**at:**    9:30 a.m. prevailing time.

BY THE COURT

*[signature]*

Richard E. Fehling,
United States Bankruptcy Judge

**Date: January 24, 2018**