United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dionisio A Batista  
    Debtor

Case No. 17-12419-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Feb 16, 2018  
                     Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
```
db            +Dionisio A Batista,    1239 Butler Street,    Reading, PA 19601-1730
13896152     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit,    4 Gatehall Drive Suite 350,
              Parsippany, NJ 07054)
13923330      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Dionisio A Batista jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL
               SAVINGS, F.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
               F.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dionisio A. Batista<br>　　　　Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　Movant<br>vs.<br>Dionisio A. Batista<br>　　　　Debtor<br>Frederick L. Reigle, Esq.<br>　　　　Trustee | NO. 17-12419 REF<br><br>11 U.S.C. Section 362 |

### STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On May 24, 2017, Movant filed a Proof of Claim setting forth a secured claim total of $23,851.79 regarding its commercial loan with Debtor for a Toyota Rav 4 bearing VIN number JTMRFREV0ED074145.

2. Debtor filed an Objection to Movant's claim disputing the secured claim total as the value of the subject property.

3. Upon careful review, Movant has agreed to adjust it's secured claim amount to $18,800.00 at the interest rate of 5.75% for the remainder of the Bankruptcy Plan and will accept this amount from Debtor to pay the loan in full through the current Bankruptcy proceeding.

4. Within thirty (30) days of the filing of this Stipulation, Movant is to Amend its Proof of Claim to list a secured claim total in the amount of $18,800.00 at an interest rate of 5.75% for the remainder of the Bankruptcy Plan.

5. Within sixty (60) days of the filing of this Stipulation, Debtor will amend their Chapter 13 Plan to include a secured claim total of $18,800.00 plus interest at 5.75% to be paid to Movant as set forth in the Amended Claim which is to be filed.

6. Debtor's Objection to Movant's Claim is hereby resolved.

7. The parties agree that a facsimile signature shall be considered an original signature.

Date: February 2, 2018

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322
Fax: (215) 627-7734

Date:_____

/s/ John A. DiGiamberardino, Esq.
John A. DiGiamberardino Esq.
Attorney for Debtor

Date: 2/8/18

_[signature]_
Frederick L. Reigle, Esquire
Chaper 13 Trustee

Approved by the Court this \_\_ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

**Date: February 16, 2018**

_[signature]_
Bankruptcy Judge
Richard E. Fehling