# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dionisio A. Batista<br>    Debtor | |
| | CHAPTER 13 |
| CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A., its successors and/or assigns<br>    Movant<br>  vs. | NO. 17-12419 REF |
| Dionisio A. Batista<br>    Debtor | |
| Frederick L. Reigle Esq.<br>    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A., which was filed with the Court on or about **August 28, 2017**. Document No. 15.

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        rsolarz@kmllawgroup.com
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

April 19, 2018