United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dionisio A Batista  
    Debtor

Case No. 17-12419-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Oct 26, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.  
db          +Dionisio A Batista,   1239 Butler Street,    Reading, PA 19601-1730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:

        JOHN A. DIGIAMBERARDINO   on behalf of Debtor Dionisio A Batista jad@cdllawoffice.com, dmk@cdllawoffice.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com

                                                                                                                TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dionisio A. Batista aka Dionicio A. Batista<br>　　　　　　Debtor | CHAPTER 13 |
| CU MEMBERS MORTGAGE, A DIVISION OF<br>COLONIAL SAVINGS, F.A.<br>　　　　　　Movant<br>　　vs. | NO. 17-12419 REF |
| Dionisio A. Batista aka Dionicio A. Batista<br>　　　　　　Debtor | |
| William Miller *R<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1239 Butler Street, Reading, PA 19601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: October 26, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.